UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TORREY DWAYNE MATTHEWS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2069** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL** | **SECTION "D" (2)** |

# ORDER

Having reviewed the Complaint[1], the record, the applicable law, and the Magistrate Judge's Findings and Recommendation,[2] and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation,[3] Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, March 5, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4. The Court has also considered Plaintiff's testimony (as described by the Magistrate Judge) at the hearing conducted pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985) and its progeny.

[2] R. Doc. 22.

[3] Plaintiff had fourteen days in which to file objections to the Magistrate Judge's Report and Recommendation. *See* R. Doc. 22; *see also* 28 U.S.C. § 636(b)(1). Objections were therefore due on or before February 25, 2021. Because of Plaintiff's *pro se* status, the Court waited an additional week past the February 25, 2021 deadline before adopting the Magistrate Judge's Report and Recommendation.